Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Patrick Flores Oaxaca |
| **Docket Number:** | 1:05CR00163-01 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/22/2005 |
| **Original Offense:** | 18 USC 751(a), Escape From Custody<br>(CLASS D FELONY) |
| **Original Sentence:** | 12 months BOP, 36 months TSR, mandatory drug testing, $100 special assessment |
| **Special Conditions:** | 1) Submit to search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) Aftercare co-payment; 5) DNA testing |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 09/05/2007 |
| **Assistant U.S. Attorney:** | Stanley A. Boone   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Carrie Leonetti   **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None |

RE:   **Patrick Flores Oaxaca**
      **Docket Number:  1:05CR00163-01 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:**   Offender was released from the Bureau of Prisons on September 5, 2007, and has performed adequately throughout the majority of his supervision period.  He has maintained employment, participated in aftercare testing, and paid his financial obligation.  However, on May 29, 2008, he was arrested by the California Highway Patrol for driving under the influence of alcohol.  On September 8, 2008, the offender appeared in Fresno County Superior Court (case # M08920446) and entered a plea of guilty to a violation of 23103(a), Reckless Driving (misdemeanor).  He was sentenced to 36 months probation, 1 day jail, adult work program, alcohol program and fine.

In light of the offenders arrest for driving under the influence of alcohol, additional sanctions regarding the consumption of alcohol are necessary.  This officer recommends his conditions of supervised release be modified to include abstaining from alcohol.  This recommendation appears appropriate considering the totality of the circumstances and the fact the offender has already received additional consequences which including counseling and community service.  The offender is agreeable to the proposed modification and has signed the attached Form 49, Waiver of Hearing document.

RE:     **Patrick Flores Oaxaca**
        **Docket Number:  1:05CR00163-01 AWI**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                              Respectfully submitted,

                              /s/ Michael W. Armistead

                          **MICHAEL W. ARMISTEAD**
                       **Senior United States Probation Officer**
                          Telephone:  (559) 499-5700

**DATED:**      October 17, 2008
                Fresno, California
                MWA


**REVIEWED BY:**     /s/ Hubert J. Alvarez
                     **HUBERT J. ALVAREZ**
                     **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:


IT IS SO ORDERED.

**Dated:     October 21, 2008**                      /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE